THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:25-mj-1132-RJ



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL INFORMATION |
| ) | |
| DAVADO N. TAYLOR, ) | |
|    Defendant. ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby charges:

## COUNT ONE: LARCENY OF GOVERNMENT PROPERTY

On or about 14 July 2024, in the Eastern District of North Carolina, aboard Marine Corps Base Camp Lejeune, North Carolina, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, DAVADO TAYLOR, did knowingly, willfully, and unlawfully steal and purloin the goods and property of the United States, such property having a value of less than $1,000, to wit, did knowingly, willfully, and unlawfully steal a government issued credit card, in violation of Title 18, United States Code, Section 641.

## COUNT TWO: FINANCIAL TRANSACTION CARD FRAUD

On or about 14 July 2024, in the Eastern District of North Carolina, aboard

1

Marine Corps Base Camp Lejeune, North Carolina, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, DAVADO TAYLOR, did, with intent to defraud the issuer, for the purpose of obtaining money or anything else of value, use a financial transaction card obtained by theft, to wit, did attempt a $500.00 transaction on a sports betting platform using a stolen government travel credit card belonging to Sarahi Ramirez, in violation of North Carolina General Statutes, Section 14-113.13, as assimilated by the provisions of Title 18, United States Code, Section 13.

### COUNT THREE: FINANCIAL TRANSACTION CARD FRAUD

On or about 14 July 2024, in the Eastern District of North Carolina, aboard Marine Corps Base Camp Lejeune, North Carolina, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, DAVADO TAYLOR, did, with intent to defraud the issuer, for the purpose of obtaining money or anything else of value, use a financial transaction card obtained by theft, to wit, did attempt a $100.00 transaction on a sports betting platform using a stolen government travel credit card, in violation of North Carolina General Statutes, Section 14-113.13, as assimilated by the provisions of Title 18, United States Code, Section 13.

### COUNT FOUR: FINANCIAL TRANSACTION CARD FRAUD

On or about 14 July 2024, in the Eastern District of North Carolina, aboard

Marine Corps Base Camp Lejeune, North Carolina, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, DAVADO TAYLOR, did, with intent to defraud the issuer, for the purpose of obtaining money, use a financial transaction card obtained by theft, to wit, did attempt a $204.00 transaction on an automated teller machine (ATM) using a stolen government travel credit card, in violation of North Carolina General Statutes, Section 14-113.13, as assimilated by the provisions of Title 18, United States Code, Section 13.

This 6th day of May 2025.

                        BY:    DANIEL P. BUBAR
                                Acting United States Attorney

                                */s/ Gordon Behr*

                                GORDON M. BEHR
                                Special Assistant United States Attorney
                                Eastern District of North Carolina
                                Criminal Division